Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 56602.**—Schenley Import Corp. et al. *v.* United States, protests 870530–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

**No. 56603.**—Capitol Distributors Corp. et al. *v.* United States, protests 7121–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 1, 1952

**No. 56604.**—Chong Kee Jan & Co. et al. *v.* United States, protests 974455–G, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 56605.**—Hing Wah Tai & Co. et al. *v.* United States, protests 30081–K, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 56606.**—Morris P. Kirk & Son, Inc. *v.* United States, protest 164604–K (A) (Los Angeles).

Opinion by COLE, J. The protest was dismissed.

**No. 56607.**—F. W. Myers & Co., Inc. *v.* United States, protest 171566–K (Ogdensburg).

Opinion by COLE, J. The protest was dismissed.